UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Lydia Gonzalez
        vs.
El Dia Inc.

CIVIL NO. 98-1965 (JAF)

### DESCRIPTION OF MOTION

DATE:
FILED:          DOCKET:#      Title:

( ) Plffs          ( ) Defts

( ) Government     ( ) Other

### ORDER

Proposed P.T. order approved. Parties may conclude any pending discovery by stipulation before Nov 30, 1999. A schedule of intended discovery shall be filed within 20 days.

Trial shall be held March 20/2,000 at 9:30 a.m.

8/31/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE