# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





LYDIA GONZALEZ

      VS.                                              CIVIL NO. 98-1965    (JAF)

EL DIA, INC.

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [] Plffs. | [] Defts. | |

## O-R-D-E-R

THE TRIAL SETTING IN THIS CASE FOR MARCH 20, 2000 IS NOW **VACATED** DUE TO CONFLICT WITH OUR CRIMINAL CALENDAR. THE CASE IS PLACED ON THE COURT'S READY-TO-TRY CASE LIST, TO BE TRIED ON SHORT NOTICE (TWO WEEKS) BEFORE THE END OF THE YEAR.

3/13/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE