IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO





LYDIA GONZALEZ

    VS.

EL DIA, INC.

CIVIL NO. 98-1965 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 05/03/00    DOCKET #: 24    TITLE: MOTION by Lydia Gonzalez |to request order to comply with discovery under penalty of sanctions- striking the allegations|

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Any pending discovery shall be completed before 6/15/00.

Trial shall be held on Nov 22/00 at 9:30 A.M.

5/22/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE