UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LYDIA GONZALEZ,

    Plaintiff,

v.

EL DIA, INC., MARIA LUISA FERRE RANGEL; JORGE MERCADO; ABC INSURANCE COMPANY,

    Defendants.

Civil No. 98-1965 (JAF)

RECEIVED AND FILED
00 JUL 14 AM 11:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## O R D E R

The Order entered by the court on July 11, 2000, <u>Docket Document No. 28</u>, assigning this case to the docket of Judge García-Gregory, is **VACATED AND SET ASIDE**, inasmuch as the Firm of Fiddler, González & Rodríguez appears as counsel for the defendants.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 13th day of July, 2000.

/s/ José Antonio Fusté
JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)