IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lydia Gonzalez

v.                                            CIVIL CASE   98-1965 (JAF)

El Dia, Inc.

| DESCRIPTION OF MOTION |||
| --- | --- | --- |
| DATE FILED: 12/28/00 | DOCKET #: 33 | TITLE: MOTION by Lydia Gonzalez \|to Strike [32-1] motion for Summary Judgment by El Dia, Inc.\| |
| BY: Plaintiff | | |

### O-R-D-E-R

☐ GRANTED.

☐ DENIED.

☐ NOTED.

☐ MOOT.

OTHER:  *Denied*

_____                    _____
DATE                                        JOSE A. FUSTE
                                            UNITED STATES DISTRICT JUDGE

