UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lydia Gonzalez

v                                        CIVIL CASE:   98-1965 (JAF)

El Dia, Inc., et al

---

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE FILED: 5/18/01 | DOCKET #: 43 | TITLE: MOTION by El Dia, Inc. \|to Strike [39-1] opposition response by Lydia Gonzalez (disputed material facts)\| |

### O-R-D-E-R

The nature of the document will be considered for whatever value in law it has. There is no need to strike the same.

_____          _____
6/15/01                                     JOSE A. FUSTE
DATE                                         UNITED STATES DISTRICT JUDGE