UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LYDIA GONZALEZ,

    Plaintiff,

    v.

EL DIA, INC., MARIA LUISA FERRE RANGEL; JORGE MERCADO; ABC INSURANCE COMPANY,

    Defendants.

Civil No. 98-1965 (JAF)

## ORDER

On December 19, 2000, Defendant El Día, Inc. filed a motion for summary judgment. <u>Docket Document No. 32</u>. Plaintiff González filed an opposition to the summary judgment motion on April 25, 2001. <u>Docket Document No. 39</u>. Plaintiff González has submitted documents in the Spanish language without accompanying English translations which are required pursuant to Rule 108.1 of the Local Rules of this court. LOCAL R. 108.1.[1] Specifically, the record does not include

---

[1]The Rule stipulates:

> All documents not in the English language which are presented to or filed in this Court, whether as evidence or otherwise, shall be accompanied at the time of presentation or filing by an English translation thereof, unless the Court shall otherwise order. Such English translation shall be certified by the Court Interpreter, except that such certificate may be waived by stipulation of the parties.

LOCAL R. 108.1.

Civil No. 98-1965 (JAF)                                                              2-

translations of all or parts of Exhibits A, B, C, D, H, and I of Docket Document No. 39.

We hereby **ORDER** Plaintiff González to file English translations of these Spanish-language exhibits within **TEN (10)** days of the date that this Order is entered into the docket. We expect that in the future, the parties and their counsel will strictly comply with the requirements of Local Rule 108.1 to facilitate the efficient administration of justice.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 26th day of June, 2001.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)