UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LYDIA GONZALEZ,

    Plaintiff,

    v.

EL DIA, INC., MARIA LUISA FERRE RANGEL; JORGE MERCADO; ABC INSURANCE COMPANY,

    Defendants.

Civil No. 98-1965 (JAF)

## J U D G M E N T

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered in favor of defendants dismissing the complaint, and in favor of codefendant El Día, Inc., on the counter-claim, for $6,000.00, plus interest and costs.

San Juan, Puerto Rico, this 30th day of August, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

Morales
Matos,
Gonzalez  } by mail
Manzano
8/31/01

AO 72
(Rev 8/82)

53