UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LYDIA GONZALEZ,
    Plaintiff,

vs.                                           CIVIL NO. 98-1965  (JAF)

EL DIA, INC.,
    Defendant.

## NOTICE OF APPEAL

**TO THE HONORABLE COURTS:**

**NOTICE** is hereby given that **LYDIA GONZÁLEZ**, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment and the opinion and order entered in this action on the 31st of August of 2001.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this September 18, 2001.

Certification: A copy of this document has been sent to Mr. Pedro J. Manzano Yates, Esq., PO Box 363507, San Juan, Puerto Rico 00936-3507.

JAVIER A. MORALES RAMOS
PR 11258/ USDC 207405
P.O. Box 362677
San Juan, P.R. 00936-2677
Tel 781-3355/Fax 793-4320

JUAN MATOS BONET
PR 5405/ USDC 117707
P.O. Box 362677
San Juan, P.R. 00936-2677
Tel 781-3355/Fax 793-4320

```
Thu Sep 20 15:07:52 2001

UNITED STATES DISTRICT COURT
HATO REY      , PR

Receipt No.  100 120697
Cashier:             anthony

Tender Type  CHECK

Check Number: 1458

Transaction Type  N

FFJ Code   Div No.       Acct
4659         1          086900

Amount                $    105.00

98-1965(JAF) NOTICE OF APPEAL / THUR
ATTY JAVIER A. MORALES RAMOS
LYDIA GONZALEZ VS EL DIA INC
```